Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendant:
PHILLIPS & JORDAN, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X   21 MC 100 (AKH)

MATTHEW PRIAL,                                                   Index No.: 06-CV-14981

                        Plaintiff(s),   **NOTICE OF ADOPTION OF ANSWER
                                                                 TO MASTER COMPLAINT**
   -against-
                                                                 **ELECTRONICALLY FILED**
A RUSSO WRECKING, *et al.*,

                        Defendant(s).
------------------------------------------------------------X

      PLEASE TAKE NOTICE that Defendant, PHILLIPS & JORDAN, INC., by its attorneys, McGIVNEY & KLUGER, P.C., as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts its Answer to Master Complaint dated November 5, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 100 (AKH).

      WHEREFORE, the defendant, PHILLIPS & JORDAN, INC., demands judgment dismissing the above-captioned action as against it,

together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
November 8, 2007

        Yours etc.,

        McGIVNEY & KLUGER, P.C.
        Attorneys for Defendant
        PHILLIPS & JORDAN, INC.

        By: _____
        Richard E. Leff (RL-2123)
        80 Broad Street, 23rd Floor
        New York, New York 10004
        (212) 509-3456

TO: WORBY GRONER & NAPOLI BERN, LLP
Plaintiffs Liaison
In Re Lower Manhattan Disaster Site
Litigation
115 Broadway, 12th Floor
New York, New York 10006
(212) 267-3700

All Defense Counsel